# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR, aka BRANDON FAVOR-EL,<br><br>  Petitioner,<br><br>  v.<br><br>ROMG,<br><br>  Respondent. | Case No. 1:16-cv-01444-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in California Correctional Institution, Tehachapi, California. As a result, Pat L. Vazquez, Warden of the California Correctional Institution, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Pat L. Vazquez, Warden of California Correctional Institution, as Respondent.

IT IS SO ORDERED.

Dated:  **October 18, 2016**              /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE

1