# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAVOR, aka BRANDON FAVOR-EL,<br><br>Petitioner,<br><br>v.<br><br>PAT L. VAZQUEZ, Warden, California Correctional Institution,<br><br>Respondent. | Case No. 1:16-cv-01444-SKO  HC<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION: "RIGHT TO TESTIFY AND RAQUEL HARPER'S DIRECT APPEAL"<br><br>(Doc.10) |

Petitioner Brandon Favor is a state prisoner proceeding *pro se,* whose a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 was dismissed as a second or successive petition on October 25, 2016.[1]  On October 28, 2016, Petitioner filed a motion entitled, "Petitioner's Right to Testify and Raquel Harper's Direct Appeal."  Doc. 10.  Although the convoluted and confusing language of the motion is difficult to understand, the motion appears to repeat Petitioner's allegations that Petitioner's rights were violated when he was convicted of the charges for which he was sentenced to his current term of imprisonment.

As discussed in detail in the order dismissing the above-captioned petition, this Court cannot address a second or successive petition for writ of habeas corpus unless Petitioner has obtained leave

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), Petitioner consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1

from the circuit court. *Felker v. Turpin*, 518 U.S. 651, 656-57 (1996).  In the absence of an order from the circuit court, a district court lacks jurisdiction over the petition and must dismiss the second or successive petition. *Greenawalt v. Stewart*, 105 F.3d 1268, 1277 (9th Cir. 1997).  Petitioner failed to secure such approval before filing the above-captioned petition.

The Court's having previously dismissed the petition, the motion is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:  **November 2, 2016**                             /s/ *Sheila K. Oberto*
                                                                                     UNITED STATES MAGISTRATE JUDGE